IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: January 07, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27780/0004172712

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-21265-SSC |
| Janet D. Jenkins, Janet D. Jenkins, Debtors. | Chapter 7 |
| National City Mortgage a division of National City Bank of Indiana  Movant, vs. | ORDER  (Related to Docket #20) |
| Janet D. Jenkins, Janet D. Jenkins, Debtors, Maureen Gaughan, Trustee.  Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 1, 2005 and recorded in the office of the Maricopa County Recorder wherein National City Mortgage a division of National City Bank of Indiana is the current beneficiary and Janet D. Jenkins, Janet D. Jenkins have an interest in, further described as:

> UNIT 202. OF BMERALD MESA CONDOMINIUMS...ACCORDING TO DECLARATION OF CONDOMINIUM RECORDED AT RECORDERS NO. 96-875445 AN RECORDED AT RECORDERS NO. 97-660938 AND ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 450 OF MAPS, PAGE 39 AND AFFIDAVIT OF CORRECTION RECORDED AT RECORDERS NO. 97-827064 AND AT RECORDERS NO. 98-028514;

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT